■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO GARCIA, Appellant. [755 NYS2d 274] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 20, 2002 (*People v Garcia,* 294 AD2d 515 [2002]), affirming a judgment of the Supreme Court, Queens County, rendered October 26, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Altman, J.P., Schmidt, Townes and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVIER GUTIERREZ, Appellant. [755 NYS2d 267] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Brandt, J.), rendered October 3, 2001, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Santucci, J.P., Krausman, McGinity, Schmidt and Crane, JJ., concur.